# CSM Legal P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

January 28, 2022

***Via Electronic Filing***
Chief Magistrate Cheryl L. Pollak
U.S. District Court - Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

     **Re:** *Pelico v. SD Automotive Inc. et al*
       **Case No.: 1:21-cv-04215-ENV**

Dear Chief Magistrate Pollak

  We represent Plaintiff in this matter. On January 10, 2022, Plaintiff had requested the Court issue a certificate of default in this case. At present, Plaintiff seeks the time period of one month to file its default judgement against the Defendants.

  We thank the Court for its attention in this matter.

        Respectfully Submitted,

        /s/ *Khalil Huey*
        Khalil Huey Esq.
        60 East 42nd Street, Suite 4510
        New York, New York 10165
        Email: khuey@csm-legal.com
        *Attorneys for Plaintiffs*